**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

AMERITAS LIFE INSURANCE CORP.,

Plaintiff,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,

Defendant.

Civil Action No.

24-865 (WJM) (LDW)

**MEDIATION REFERRAL ORDER**

**THIS MATTER** having come before the Court by way of its mediation order March 18, 2025, referring this action for mediation before the Hon. Maurice J. Gallipoli; and the Hon. Maurice J. Gallipoli having advised the Court of a conflict that precludes his ability to conduct mediation in this matter; and for good cause shown;

**IT IS** on this day, March 19, 2025, **ORDERED** that:

1. Pursuant to Local Civil Rule 301.1, the parties are referred to mediation before the Hon. Edwin E. Naythons, a District of New Jersey Certified Mediator, subject to his completion of a conflict check. The parties shall contact the mediator within seven (7) days of the date of this Order to schedule the mediation session. The mediator's contact information is available on the Court's website at https://www.njd.uscourts.gov/sites/njd/files/MasterListMediation.pdf.
2. The parties shall complete mediation on or before **May 30, 2025**.

3. The parties shall appear for a telephonic status conference before the undersigned on **June 9, 2025 at 4:30 pm.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 204 183 727#.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge