# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, as Securities Intermediary, <br><br> *Defendant*. | : <br> : <br> : <br> : <br> : <br> : <br> :    No. 24-cv-00865-WJM-LDW <br> : <br> : <br> : <br> : <br> : <br> : |

## JOINT STIPULATION REGARDING DISPOSITIVE MOTION BRIEFING DEADLINES

Plaintiff Ameritas Life Insurance Corp. ("Ameritas") and Defendant Wilmington Savings Fund Society, FSB ("WSFS" and together with Ameritas, the "Parties"), by and through their undersigned counsel, and subject to Court approval, hereby stipulate to the following briefing schedule for the Parties' anticipated Motions for Summary Judgment:

| Filing | Deadline for Filing |
|---|---|
| Motions for Summary Judgment | November 17, 2025 |
| Response Briefs in Opposition | December 19, 2025 |
| Reply Briefs | January 30, 2026 |

1

Accordingly, the Parties agree and respectfully request that the Court adopt the proposed briefing schedule for the Parties' dispositive motions. A proposed Order is attached for the Court's convenience.

Dated: September 30, 2025

| | |
|---|---|
| /s/ Duncan R. Becker | /s/ David BenHaim |
| COZEN O'CONNOR | LIPSIUS-BENHAIM LAW LLP |
| Michael J. Miller (032821991) | David BenHaim |
| Joseph M. Kelleher (040602009) | Meir Z. Goldberg |
| Duncan R. Becker (365102021) | 80-02 Kew Gardens Road, Suite 1030 |
| Carlynne A. Wagner (*pro hac vice*) | Kew Gardens, NY 11415 |
| One Liberty Place | Tel: (212) 981-8440 |
| 1650 Market Street, Suite 2800 | dbenhaim@lipsiuslaw.com |
| Philadelphia, PA 19103 | mzgoldberg@lipsiuslaw.com |
| (215) 665-2000 | *Attorneys for Defendant Wilmington Savings Fund Society, FSB* |
| Mjmiller@cozen.com | |
| Jkelleher@cozen.com | |
| Dbecker@cozen.com | |
| Cwagner@cozen.com | |
| *Attorneys for Plaintiff Ameritas Life Insurance Corp.* | |