# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., *Plaintiff*, v. WILMINGTON SAVINGS FUND SOCIETY, FSB, as Securities Intermediary, *Defendant*. | No. 24-cv-00865-WJM-LDW |

## ORDER

AND NOW, this __1st__ day of __December__, 2025, upon consideration of the Joint Stipulation Regarding Modified Dispositive Motion Briefing Deadlines, it is HEREBY ORDERED that the Stipulation is APPROVED. The Parties' Motions for Summary Judgment and supporting materials shall be filed on or before <u>December 8, 2025</u>; Responses in Opposition shall be filed on or before <u>January 14, 2026</u>; and Reply Briefs shall be filed on or before <u>February 4, 2026</u>.

_____
The Honorable William J. Martini, U.S.D.J.